**Mary E. Proctor, plaintiff in error, v. S. B. Chapin et al., defendants in error. Gen. No. 29,436.**

Action for money had and received for investment by defendant

stockbrokers. Judgment in plaintiff's favor for small amount, entered over plaintiff's objection upon a directed verdict. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 3, 1925.

Edward H. Morris and James B. Cashin, for plaintiff in error. Custer & Cameron and Thomas B. Lantry, for defendants in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.